UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-mc-80743-DMM-Matthewman

IN RE APPLICATION OF
ORTHOGEN INTERNATIONAL GmbH,

    Petitioner,

For an order pursuant to 28 U.S.C. § 1782
to conduct discovery for use in a foreign
proceedings.
_____/

**JOINT NOTICE OF CONFERRAL**

The parties to the referenced matter, Petitioner, Orthogen International GmbH ("Orthogen"), and Deponents, Edward Capla and Yolanda Capla ("Caplas"), respectfully submit this Joint Notice in advance of the hearing scheduled for 2:30 pm on August 29, 2023 on the Caplas' Objections to Subpoenas Duces Tecum, Motion to Quash or Modify Subpoenas or in the Alternative Motion to Stay Enforcement of Subpoenas [D.E. 20].

On August 10, 2023, the parties met and conferred by telephone and subsequently had follow-up discussions by email in a good faith effort to resolve or limit the issues in dispute. Pursuant to those efforts, the parties advise and notify the court of the following:

<u>Items Resolved</u>

The parties agree that:

1.    Depositions are not available in the German court proceeding contemplated by Orthogen, against Edward Capla.

2.    In the first stage of a Stufenklage (the German court proceeding discussed in the parties' papers), a party can seek an order from the court requiring the other party to provide documents and information.

Case No. 23-mc-80743-DMM-Matthewman

Issues Remaining for Resolution

The following issues have been identified by the Caplas as remaining for resolution by the court:

1. Whether or not the Court should grant the motion to quash subpoenas served on the Caplas by Orthogen?

2. Whether or not the Court should stay proceedings in this action until resolution of Orthogon's motion to dismiss in the case of *Schottenstein v. Capla, Orthogon et al.*, S.D.N.Y. Case No. 22-cv-10883-PKC?

3. Whether or not the Court should transfer this action to be heard in the U.S. District Court for the Southern District of New York?

The following issue has been identified by Orthogen as remaining for resolution by the court:

1. Whether for the reasons stated in Orthogen's papers, the Court should order the Caplas to comply with the subpoenas served on them.

Date: August 25, 2023.                                    Respectfully submitted,

/s/ Ilana Drescher                                        /s/ Joel V. Lumer
Ilana Drescher                                            Joel V. Lumer
Fla. Bar No.: 1009124                                     Fla. Bar No. 193300
**BILZIN SUMBERG BAENA**                                  Attorney for Deposition Witnesses
**PRICE & AXELROD LLP**                                   Edward Capla and Yoland Capla
1450 Brickell Ave., Suite 2300                            7000 West Palmetto Park Road
Miami, Florida 33131-3456                                 Suite 210
Telephone: 305-374-7580                                   Boca Raton, Florida 33433
Email: idrescher@bilzin.com                               Tel: 561-392-9000
Email: eservice@bilzin.com                                Email: jlumer@lumer-law.com

Christopher B. Harwood (*pro hac vice*)
Joseph Stern (*pro hac vice*)
**MORVILLO ABRAMOWITZ GRAND IASON**
**& ANELLO P.C.**

Case No. 23-mc-80743-DMM-Matthewman

565 Fifth Avenue
New York, New York 10017
Tel: (212) 856-9600
Fax: (212) 856-9494
charwood@maglaw.com
jstern@maglaw.com
*Attorneys for Petitioner Orthogon*
*International GmbH*